HENRY L. WALTÈRS, Administrator, etc., Appellant, *v.*
JAMES FELLOWS et al., Respondents.

(Argued October 7, 1881; decided October 25, 1881.)

*Horace Graves* for appellant.

*Charles Unangst* for respondents.

Agree to dismiss appeal without opinion.
All concur.
Appeal dismissed.

---

THE ALLEGANY OIL COMPANY (LIMITED), Respondent, *v.* THE
BRADFORD OIL COMPANY et al., Appellants.

(Argued October 17, 1881; decided October 28, 1881.)

REPORTED below (21 Hun, 26).

*Samuel Hand* for appellants.

*D. H. Bolles* for respondent.

Agree to affirm on opinion of General Term.
All concur.
Judgment affirmed.